(104 So. 921)

William HILLIARD v. STATE. (4 Div. 108.) (Court of Appeals of Alabama. June 9, 1925.) Appeal from Circuit Court, Pike County; George F. Smoot, Judge. Murder in second degree. Ballard & Brassell, of Troy, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Affirmed.

---

(101 So. 923)

J. S. HINES et al. v. J. W. PARKER. (6 Div. 648.) (Court of Appeals of Alabama. Nov. 5, 1924.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge.

BRICKEN, P. J. Appeal dismissed by consent.

---

(102 So. 922)

Felix HOLLOMAN v. STATE. (6 Div. 561.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Jefferson County; Walter B. Jones, Judge. Petit larceny.

SAMFORD, J. There is no bill of exceptions, and, no error being apparent on the record, the judgment is affirmed.

---

(100 So. 925)

J. J. HONEYCUTT v. CITY OF BIRMINGHAM. (6 Div. 455.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Violating prohibition law.

FOSTER, J. Affirmed on motion of appellee.

---

(102 So. 922)

Wm. HOPPER v. L. C. SMITH. (6 Div. 466.) (Court of Appeals of Alabama. Nov. 27, 1924.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(104 So. 921)

O. C. HORTON v. STATE. (3 Div. 486.) (Court of Appeals of Alabama. May 19, 1925.) Appeal from Circuit Court, Autauga County; George F. Smoot, Judge.

RICE, J. Appeal dismissed.

---

(104 So. 921)

O. C. HORTON v. STATE. (3 Div. 487.) (Court of Appeals of Alabama. May 19, 1925.) Appeal from Circuit Court, Autauga County; George F. Smoot, Judge.

BRICKEN, P. J. Appeal dismissed on motion of Attorney General.

---

(104 So. 921)

Arthur HOUSTON v. CITY OF BIRMINGHAM. (6 Div. 706.) (Court of Appeals of Alabama. April 23, 1925.) Appeal from Circuit Court, Jefferson County; Fleetwood Rice, Judge. Reckless driving.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(104 So. 921)

B. W. HOWARD v. STATE. (4 Div. 73.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. Violating prohibition law.

RICE, J. There being no error apparent in the record proper, and no bill of exceptions, the judgment of conviction from which this appeal is taken is affirmed. Affirmed.

---

(100 So. 925)

Joseph N. HUGHES v. STATE. (8 Div. 167.) (Court of Appeals of Alabama. May 20, 1924.) Appeal from Circuit Court, Limestone County; Osceola Kyle, Judge. Keeping a gaming table.

FOSTER, J. Affirmed.

---

(104 So. 921)

Dock HYDER v. STATE. (8 Div. 339.) (Court of Appeals of Alabama. June 9, 1925.) Appeal from Circuit Court, Madison County; O. Kyle, Judge.

RICE, J. The defendant was convicted of violating the prohibition law, and appeals on the record proper, without bill of exceptions. There appearing no prejudicial error, the judgment will be affirmed.

---

(100 So. 925)

Ed IRELAND v. STATE. (6 Div. 493.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Buying, etc., stolen property.

BRICKEN, P. J. Appeal dismissed upon motion of appellant.

---

(100 So. 925)

FOSTER, J. This is an appeal on the record, without bill of exceptions. There is no error in the record, and the judgment of the circuit court is affirmed. Affirmed.